# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DiGirolamo, Thomas M. | U.S. District Court - Maryland | 05/01/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full-time | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Trustee | Family Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/01/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | self-employed development consultant |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/01/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. WELLS FARGO ADVISORS #1 | | | | | | | | | |
| 2. STANDARD BANK DEPOSIT | A | Interest | K | T | | | | | |
| 3. | | | | | | | | | |
| 4. WELLS FARGO ADVISORS #2 | | | | | | | | | |
| 5. STANDARD BANK DEPOSIT | A | Interest | K | T | | | | | |
| 6. TAX EXEMPT BOND FUND OF AMERICA FUND CL-C | A | Dividend | K | T | | | | | |
| 7. | | | | | | | | | |
| 8. WELLS FARGO ADVISORS MUNICIPAL ACCOUNT | | | | | | | | | |
| 9. STANDARD BANK DEPOSIT | A | Interest | J | T | | | | | |
| 10. PRINCE GEORGES CNTY MD CONS PUB IMPT SER A G/O LTD B\E DUE 9/15/24 | B | Interest | K | T | | | | | |
| 11. WASHINGTON SUBN SAN DIST MD CONS PUB IMPT G/O UNLTD B/E DUE 6/1/22 | A | Interest | K | T | Buy | 04/20/18 | K | | |
| 12. BALTIMORE MD CONS PUB IMPT SER A G/O UNLTD B\E DUE 10/15/25 | B | Interest | K | T | | | | | |
| 13. MARYLAND ST ST & LOC FACS 1ST SER A BOOK ENTRY G/O DUE 3/1/25 | A | Interest | K | T | | | | | |
| 14. TALBOT CNTY MD RFDG PUB IMPT G/O LTD B\E DUE 12/15/25 | A | Interest | K | T | | | | | |
| 15. ANNE ARUNDEL CNTY MD CONS WTR & SWR G/O LTD B\E DUE 4/1/26 | A | Interest | K | T | | | | | |
| 16. MD ST HLTH & HIGH EFA REV RFDG JOHNS HOPKINS UNIV SER A B/E DUE 7/1/26 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. HARFORD CNTY MD GO CONS PUB IMPT BDS 2018 G/O UNLTD B/E DUE 9/15/26 | A | Interest | K | T | Buy | 04/10/18 | K | | |
| 18. FREDERICK CNTY MD FOR ISSUES DTD PR TO 6/29/16 SEE 355694 DUE 2/1/27 | A | Interest | K | T | | | | | |
| 19. ALAMO TX REGL MOBILITY AUTH VEH REG FEE REV JR LIEN B/E (DUE 6/15/28) | B | Interest | | | Sold | 10/26/18 | J | | |
| 20. SEQUOIA CA UN HIGH SCH DIST ELECTION 2014 G/O B\E DUE 7/1/28 | A | Interest | J | T | | | | | |
| 21. WASHINGTON ST FOR ISSUES DTD PRIOR TO 2/5/13 RFDG MTR VEH F DUE 7/1/28 | A | Interest | K | T | Buy | 05/24/18 | K | | |
| 22. MARYLAND ST DPT TRANSN CONS TRANSN REV B/E DUE 11/1/28 | A | Interest | K | T | | | | | |
| 23. BOSSIER CTY LA PUB IMPT SALES & USE TAX REV SER ST B/E DUE 12/1/28 | A | Interest | J | T | | | | | |
| 24. BALTIMORE MD REV RFDG WASTEWATER PJS SER B B/E DUE 7/1/29 | A | Interest | J | T | | | | | |
| 25. PRINCE GEORGES CNTY MD GO CONS PUB IMPT BDS G/O UNLTD B/E DUE 7/15/29 | | None | K | T | Buy | 06/27/18 | K | | |
| 26. NY ST DORM AUTH ST PERS INCOME TAX REV GEN PURP SER A B/E DUE 2/15/31 | A | Interest | K | T | | | | | |
| 27. ALBUQUERQUE BERN CNTY WTR UTIL AUTH NM JT WTR & SWR SYS REV DUE 7/1/31 | | None | K | T | Buy | 10/31/18 | K | | |
| 28. ANNE ARUNDEL CNTY MD CONS WTR SWR GO BDS 2018 G/O LTD B/E DUE 10/1/34 | A | Interest | K | T | Buy | 04/19/18 | K | | |
| 29. | | | | | | | | | |
| 30. WELLS FARGO ADVISORS IRA #1 | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 31. STANDARD BANK DEPOSIT | A | Interest | J | T | | | | | |
| 32. ISHARES ETF RUSSELL 2000 | A | Dividend | K | T | Sold (part) | 08/14/18 | J | | |
| 33. ISHARES CORE MSCI ETF EMERGING MARKETS ETF | A | Dividend | K | T | | | | | |
| 34. ISHARES CORE MSCI ETF EAFE ETF | A | Dividend | K | T | | | | | |
| 35. ISHARES CORE S&P MID ETF ETF | A | Dividend | J | T | | | | | |
| 36. ISHARES CORE S&P 500 ETF S&P 500 INDEX FD | B | Dividend | L | T | Sold (part) | 08/14/18 | J | | |
| 37. ISHARES CORE U.S. ETF AGGREGATE BOND | B | Dividend | K | T | Buy (add'l) | 02/05/18 | J | | |
| 38. | | | | | Sold (part) | 08/14/18 | J | | |
| 39. ISHARES EDGE MSCI ETF MIN VOL USA ETF | A | Dividend | K | T | | | | | |
| 40. DWS ENHANCED COMMODITY STRATEGY FUND INST | B | Dividend | J | T | Buy (add'l) | 08/14/18 | J | | |
| 41. DODGE & COX STK FD | C | Dividend | K | T | Buy (add'l) | 02/06/18 | K | | |
| 42. DODGE & COX FDS INTL STK FD | A | Dividend | J | T | | | | | |
| 43. HARTFORD GROWTH OPPORTUNITIES FUND CLASS 1 | D | Dividend | K | T | Sold (part) | 02/05/18 | J | | |
| 44. MAINSTAY MACKAY HIGH YIELD CORPORATE BOND FUND CLASS 1 | A | Dividend | J | T | | | | | |
| 45. MFS SER TR X EMERGING MKTS DEBT FD CLASS 1 | A | Dividend | J | T | Buy | 08/14/18 | J | | |
| 46. BROOKFIELD INVT FUNDS GLOBAL LISTED REAL ESTATE FD CL Y | A | Dividend | K | T | Buy (add'l) | 02/05/18 | J | | |
| 47. OAKMARK FUNDS ADVISOR CLASS | | None | | | Sold | 02/05/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 48. SMALLCAP WORLD FD INC CL F2 | B | Dividend | K | T | | | | | |
| 49. TEMPLETON INCOME TR GLOBAL BD FD ADVISOR CL | A | Dividend | J | T | Sold (part) | 08/14/18 | J | | |
| 50. UNDISCOVERED MANAGERS BEHAVIORAL VALUE CLASS L | B | Dividend | K | T | | | | | |
| 51. VAN ECK FUNDS EMERGING MARKETS FUND CLASS Y | A | Dividend | K | T | Sold (part) | 02/05/18 | J | | |
| 52. | | | | | Buy (add'l) | 08/14/18 | J | | |
| 53. | | | | | | | | | |
| 54. WELLS FARGO ADVISORS IRA #2 | | | | | | | | | |
| 55. STANDARD BANK DEPOSIT | A | Interest | J | T | | | | | |
| 56. DWS ENHANCED COMMODITY STRATEGY FUND INST | A | Dividend | J | T | Buy (add'l) | 02/05/18 | J | | |
| 57. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 58. BLAIR WILLIAM FDS INTL GROWTH FD CL 1 | A | Dividend | J | T | Sold (part) | 02/05/18 | J | | |
| 59. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 60. CARILLON SER TR EAGLE SMALL CAP GROWTH FD CL I | A | Dividend | J | T | Buy (add'l) | 02/05/18 | J | | |
| 61. | | | | | Sold (part) | 08/03/18 | J | | |
| 62. EATON VANCE SER II INCOME FUND BOSTON CL 1 | A | Dividend | J | T | Buy (add'l) | 02/05/18 | J | | |
| 63. | | | | | Sold (part) | 08/03/18 | J | | |
| 64. AMG TIMESSQUARE MID CAP GROWTH FD CL 1 | B | Dividend | J | T | Sold (part) | 02/05/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 65. | | | | | Sold (part) | 08/03/18 | J | | |
| 66. FIRST EAGLE FUNDS SOGEN OVERSEAS FUND CL 1 | | None | | | Buy (add'l) | 02/05/18 | J | | |
| 67. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 68. | | | | | Sold | 08/15/18 | J | | |
| 69. GOLDMAN SACHS TR FINL SQUARE TREAS INSTRS FD INSTL CL | A | Dividend | J | T | Sold (part) | 01/12/18 | J | | |
| 70. | | | | | Buy (add'l) | 02/05/18 | J | | |
| 71. | | | | | Sold (part) | 04/13/18 | J | | |
| 72. | | | | | Sold (part) | 07/13/18 | J | | |
| 73. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 74. | | | | | Sold (part) | 10/12/18 | J | | |
| 75. HANCOCK JOHN CAP SER CLASSIC VALUE FD CL 1 | A | Dividend | J | T | Sold (part) | 02/05/18 | J | | |
| 76. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 77. HARBOR FD INTL FD INSTL CL | | None | | | Buy (add'l) | 02/05/18 | J | | |
| 78. | | | | | Buy (add'l) | 08/13/18 | J | | |
| 79. | | | | | Sold | 08/15/18 | J | | |
| 80. HOTCHKIS & WILEY FDS MID CAP VALUE FD CL 1 | A | Dividend | J | T | Buy (add'l) | 02/05/18 | J | | |
| 81. | | | | | Sold (part) | 08/03/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 82. AMERICAN FUNDS WASHINGTON MUTUAL FD F2 | B | Dividend | K | T | Sold (part) | 02/05/18 | J | | |
| 83. | | | | | Sold (part) | 08/03/18 | J | | |
| 84. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 85. LAZARD FDS INC EMERGING MKTS PORT INSTL SHS | A | Dividend | J | T | Sold (part) | 02/05/18 | J | | |
| 86. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 87. MFS SER TR I VALUE FD CL I | A | Dividend | J | T | Buy (add'l) | 02/05/18 | J | | |
| 88. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 89. MFS SER TR X EMERGING MKTS DEBT FD CLASS I | A | Dividend | J | T | Buy (add'l) | 02/05/18 | J | | |
| 90. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 91. MAINSTAY LARGE CAP GROWTH FUND CLASS I | B | Dividend | J | T | Sold (part) | 02/05/18 | J | | |
| 92. | | | | | Sold (part) | 08/03/18 | J | | |
| 93. WELLS FARGO EMERGING GROWTH FUND CLASS INST | B | Dividend | J | T | Sold (part) | 02/05/18 | J | | |
| 94. | | | | | Sold (part) | 08/03/18 | J | | |
| 95. PRINCIPAL GLOBAL REAL ESTATE SECURITIES FUND INSTITUTIONAL CLASS SHS | A | Dividend | J | T | Buy (add'l) | 02/05/18 | J | | |
| 96. | | | | | Sold (part) | 08/03/18 | J | | |
| 97. OPPENHEIMER DEV MKTS CL Y | A | Dividend | J | T | Sold (part) | 02/05/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 98. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 99. T ROWE PRICE REAL EST FUND INC | A | Dividend | J | T | Buy (add'l) | 02/05/18 | J | | |
| 100. | | | | | Sold (part) | 08/03/18 | J | | |
| 101. T ROWE PRICE INTL FD OVERSEAS STK FD | A | Dividend | K | T | Buy | 08/15/18 | K | | |
| 102. VICTORY SYCAMORE SMALL CO OPPTY FD CL 1 | B | Dividend | J | T | Buy (add'l) | 02/05/18 | J | | |
| 103. | | | | | Sold (part) | 08/03/18 | J | | |
| 104. VOYA FUNDS VOYA LARGE CAP GROWTH FUND CLASS 1 | A | Dividend | J | T | Sold (part) | 02/05/18 | J | | |
| 105. | | | | | Sold (part) | 08/03/18 | J | | |
| 106. WELLS FARGO FDS TR CORE BOND FUND CLASS INST | A | Dividend | J | T | Buy (add'l) | 02/05/18 | J | | |
| 107. | | | | | Buy (add'l) | 08/16/18 | J | | |
| 108. | | | | | | | | | |
| 109. WELLS FARGO SEP IRA | | | | | | | | | |
| 110. STANDARD BANK DEPOSIT | A | Interest | J | T | Buy | 04/27/18 | J | | |
| 111. ABERDEEN FDS EMERGING MARKETS FUND INSTITUTIONAL CLASS 1 | A | Dividend | J | T | Buy | 07/10/18 | J | | |
| 112. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 113. DIAMOND HILL FDS LARGE CAP FD CL 1 SHS | A | Dividend | J | T | Buy | 07/10/18 | J | | |
| 114. | | | | | Buy (add'l) | 10/29/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 115. EDGEWOOD FUNDS GROWTH FUND INSTL CLASS | A | Dividend | J | T | Buy | 07/11/18 | J | | |
| 116. | | | | | Sold (part) | 09/18/18 | J | | |
| 117. | | | | | Buy (add'l) | 10/30/18 | J | | |
| 118. GOLDMAN SACHS TR FINL SQUARE TREAS INSTRS FD INSTL CL | A | Dividend | J | T | Buy | 07/10/18 | J | | |
| 119. | | | | | Sold (part) | 07/16/18 | J | | |
| 120. | | | | | Sold (part) | 10/12/18 | J | | |
| 121. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 122. AMERICAN FUNDS GROWTH FUND OF AMERICA CL F2 | A | Dividend | J | T | Buy | 07/10/18 | J | | |
| 123. HARTFORD MUTL FDS INC MIDCAP FUND CLASS 1 | A | Dividend | J | T | Buy | 07/10/18 | J | | |
| 124. INVESCO BALANCED RISK COMMODITY STRATEGY Y | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 125. LAZARD FDS INC INTL EQUITY PORT INSTL SHS | A | Dividend | J | T | Buy | 07/10/18 | J | | |
| 126. MERIDIAN FD INC SMALL CAP GROWTH FD INVESTOR CL | A | Dividend | J | T | Buy | 07/10/18 | J | | |
| 127. METROPOLITAN WEST FDS TOTAL RETURN BD FD CL 1 | A | Dividend | J | T | Buy | 07/10/18 | J | | |
| 128. | | | | | Sold (part) | 09/17/18 | J | | |
| 129. PRINCIPAL GLOBAL REAL ESTATE SECURITIES FUND INSTITUTIONAL CLASS SHS | A | Dividend | J | T | Buy | 07/10/18 | J | | |
| 130. | | | | | Sold (part) | 10/30/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and C3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code I<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 131. PIMCO FDS PAC INVT MGMT SER EMERGING MKTS BD FD INSTL CL | A | Dividend | J | T | Buy | 07/10/18 | J | | |
| 132. | | | | | Sold (part) | 09/17/18 | J | | |
| 133. TOUCHSTONE FDS GROUP VID CAP VALUE FUND CLASS Y | A | Dividend | J | T | Buy | 07/10/18 | J | | |
| 134. | | | | | Sold (part) | 09/17/18 | J | | |
| 135. DEAN SMALL CAP VALUE FUND CL 1 | A | Dividend | J | T | Buy | 07/10/18 | J | | |
| 136. VIRTUS FUNDS VIRTUS VONTOBEL EMG MKTS OPPORTUNITIES FUND CLASS 1 | A | Dividend | J | T | Buy | 07/10/18 | J | | |
| 137. | | | | | | | | | |
| 138. TIAA-CREF RETIREMENT ACCOUNTS | | | | | | | | | |
| 139. TIAA TRADITIONAL ACCOUNT | B | Interest | K | T | | | | | |
| 140. CREF STOCK ACCOUNT | | None | L | T | | | | | |
| 141. CREF GROWTH ACCOUNT | | None | L | T | | | | | |
| 142. CREF GLOBAL EQUITIES ACCOUNT | | None | M | T | | | | | |
| 143. TIAA REAL ESTATE | B | Interest | K | T | | | | | |
| 144. TIAA ACC LFCYCLE 2030 | | None | K | T | | | | | |
| 145. | | | | | | | | | |
| 146. VALIC ANNUITY ACCOUNTS | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 147.  LARGE CAP ACCOUNT | | None | K | T | | | | | |
| 148.  FIXED INCOME ACCOUNT | A | Interest | K | T | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/01/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts

1. The name of the account shown on line 39 of the 2017 FDR was changed and is now reflected on line 40 of the 2018 FDR.

2. The name of the account shown on line 60 of the 2017 FDR was changed and is now reflected on line 56 of the 2018 FDR.

3. The account shown on line 121 of the 2017 FDR did not meet the reporting requirements to be included in the 2018 FDR.

f

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Thomas M. DiGirolamo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544